UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

FLORIDA DEMOCRATIC PARTY, and
The DEMOCRATIC NATIONAL COMMITTEE,

      Plaintiffs,

                                      Case No. 4:16-cv-607

v.

KEN DETZNER, in his official capacity as
Florida Secretary of State,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING

Defendant, Ken Detzner, in his official capacity as Florida Secretary of State ("the Secretary"), hereby gives notice of the filing, as Exhibit 1 hereto, of the Enrolled Committee Substitute for House Bill 105, as passed by the Florida Legislature during the 2017 Regular Legislative Session (the "Enrolled Bill"). The Enrolled Bill is awaiting transmittal to the Governor of the State of Florida.

If the Enrolled Bill becomes law, it will amend Section 101.68, Fla. Stat. concerning the canvassing of vote-by-mail ballots. The Enrolled Bill reflects changes from the current text of Section 101.68 by strikethroughs and underscoring. The Secretary makes this filing in light of the Status Conference scheduled in this action for May 11, 2017, to inform the Court of the current status of legislation relating to the subject matter of this action.

Dated this 10th day of May, 2017.

        Respectfully submitted,

        /s/ *Robert Pass*
        David A. Fugett
        General Counsel
        Florida Bar No. 835935
        david.fugett@dos.myflorida.com
        FLORIDA DEPARTMENT OF STATE
        R.A. Gray Building, Suite 100
        500 South Bronough Street
        Tallahassee, Florida 32399-0250
        Telephone:(850) 245-6536
        Facsimile: (850) 245-6127

        /s/ *Steven C. Dupre*
        Steven C. Dupre
        Florida Bar No. 471860
        Email:  sdupre@carltonfields.com
        CARLTON FIELDS JORDEN BURT, P.A.
        4221 West Boy South Blvd., Suite 1000
        Tampa, Florida  33601
        Telephone:  (813) 223-7000
        Facsimile:   (813) 229-4133

        Robert W. Pass
        Florida Bar No. 183169
        Email:  rpass@carltonfields.com
        CARLTON FIELDS JORDEN BURT, P.A.
        215 S. Monroe Street, Suite 500
        Tallahassee, FL  32301-1866
        Telephone:  (850) 224-1585
        Facsimile:   (850) 222-0398

        ***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2017, I filed a true and correct copy of the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        /s/ *Robert Pass*
                                        Attorney

111660516.1