# Exhibit 1

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 105, Engrossed 1                                    2017 Legislature

```
 1
 2        An act relating to the canvassing of vote-by-mail
 3        ballots; amending s. 101.68, F.S.; deleting an
 4        obsolete date; modifying and clarifying provisions
 5        governing the canvassing of vote-by-mail ballots;
 6        authorizing use of the vote-by-mail ballot cure
 7        affidavit if an elector's signature does not match the
 8        signature in the registration books or precinct
 9        register; requiring the supervisor of elections to
10        immediately notify an elector upon receipt of a vote-
11        by-mail ballot with a missing or mismatched signature;
12        revising terminology; revising the cure affidavit
13        instructions with respect to acceptable forms of
14        identification; specifying that a Florida driver
15        license or Florida identification card are acceptable
16        forms of identification for purposes of curing a vote-
17        by-mail ballot; expanding the scope of post-election
18        signature update requests to include electors who
19        cured a vote-by-mail ballot with a mismatched
20        signature; providing an effective date.
21
22   Be It Enacted by the Legislature of the State of Florida:
23
24        Section 1.  Section 101.68, Florida Statutes, is amended to
25   read:
```

CODING: Words stricken are deletions; words underlined are additions.

hb0105-03-er

ENROLLED

CS/HB 105, Engrossed 1                          2017 Legislature

| | |
|---|---|
| 26 | 101.68 Canvassing of vote-by-mail ballot.— |
| 27 | (1) The supervisor of the county where the absent elector |
| 28 | resides shall receive the voted ballot, at which time the |
| 29 | supervisor shall compare the signature of the elector on the |
| 30 | voter's certificate with the signature of the elector in the |
| 31 | registration books or the precinct register to determine whether |
| 32 | the elector is duly registered in the county and may record on |
| 33 | the elector's registration certificate that the elector has |
| 34 | voted. ~~However, effective July 1, 2005,~~ An elector who dies |
| 35 | after casting a vote-by-mail ballot but on or before election |
| 36 | day shall remain listed in the registration books until the |
| 37 | results have been certified for the election in which the ballot |
| 38 | was cast. The supervisor shall safely keep the ballot unopened |
| 39 | in his or her office until the county canvassing board canvasses |
| 40 | the vote. Except as provided in subsection (4), after a vote-by- |
| 41 | mail ballot is received by the supervisor, the ballot is deemed |
| 42 | to have been cast, and changes or additions may not be made to |
| 43 | the voter's certificate. |
| 44 | (2)(a) The county canvassing board may begin the |
| 45 | canvassing of vote-by-mail ballots at 7 a.m. on the 15th day |
| 46 | before the election, but not later than noon on the day |
| 47 | following the election. In addition, for any county using |
| 48 | electronic tabulating equipment, the processing of vote-by-mail |
| 49 | ballots through such tabulating equipment may begin at 7 a.m. on |
| 50 | the 15th day before the election. However, notwithstanding any |

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

51 such authorization to begin canvassing or otherwise processing
52 vote-by-mail ballots early, no result shall be released until
53 after the closing of the polls in that county on election day.
54 Any supervisor of elections, deputy supervisor of elections,
55 canvassing board member, election board member, or election
56 employee who releases the results of a canvassing or processing
57 of vote-by-mail ballots prior to the closing of the polls in
58 that county on election day commits a felony of the third
59 degree, punishable as provided in s. 775.082, s. 775.083, or s.
60 775.084.
61     (b)  To ensure that all vote-by-mail ballots to be counted
62 by the canvassing board are accounted for, the canvassing board
63 shall compare the number of ballots in its possession with the
64 number of requests for ballots received to be counted according
65 to the supervisor's file or list.
66     (c)1.  The canvassing board must shall, if the supervisor
67 has not already done so, compare the signature of the elector on
68 the voter's certificate or on the vote-by-mail ballot cure
69 affidavit as provided in subsection (4) with the signature of
70 the elector in the registration books or the precinct register
71 to see that the elector is duly registered in the county and to
72 determine the legality of that vote-by-mail ballot. A vote-by-
73 mail ballot may only be counted if:
74     a.  The signature on the voter's certificate or the cure
75 affidavit matches the elector's signature in the registration

CODING: Words stricken are deletions; words underlined are additions.

76  books or precinct register; however, in the case of a cure
77  affidavit, the supporting identification listed in subsection
78  (4) must also confirm the identity of the elector; or
79      b.  The cure affidavit contains a signature that does not
80  match the elector's signature in the registration books or
81  precinct register, but the elector has submitted a current and
82  valid Tier 1 identification pursuant to subsection (4) which
83  confirms the identity of the elector.
84      2.  The ballot of an elector who casts a vote-by-mail
85  ballot shall be counted even if the elector dies on or before
86  election day, as long as, before ~~prior to~~ the death of the
87  voter, the ballot was postmarked by the United States Postal
88  Service, date-stamped with a verifiable tracking number by a
89  common carrier, or already in the possession of the supervisor
90  of elections. ~~A vote-by-mail ballot is considered illegal if the~~
91  ~~voter's certificate or vote-by-mail ballot affidavit does not~~
92  ~~include the signature of the elector, as shown by the~~
93  ~~registration records or the precinct register. However,~~
94      3.  A vote-by-mail ballot is not considered illegal if the
95  signature of the elector does not cross the seal of the mailing
96  envelope. ~~If the canvassing board determines that any ballot is~~
97  ~~illegal, a member of the board shall, without opening the~~
98  ~~envelope, mark across the face of the envelope: "rejected as~~
99  ~~illegal." The vote-by-mail ballot affidavit, if applicable, the~~
100 ~~envelope, and the ballot contained therein shall be preserved in~~

CODING: Words stricken are deletions; words underlined are additions.

```
101   the manner that official ballots voted are preserved.
102        4.2.  If any elector or candidate present believes that a
103   vote-by-mail ballot is illegal due to a defect apparent on the
104   voter's certificate or the cure vote-by-mail ballot affidavit,
105   he or she may, at any time before the ballot is removed from the
106   envelope, file with the canvassing board a protest against the
107   canvass of that ballot, specifying the precinct, the ballot, and
108   the reason he or she believes the ballot to be illegal. A
109   challenge based upon a defect in the voter's certificate or cure
110   vote-by-mail ballot affidavit may not be accepted after the
111   ballot has been removed from the mailing envelope.
112        5.  If the canvassing board determines that a ballot is
113   illegal, a member of the board must, without opening the
114   envelope, mark across the face of the envelope: "rejected as
115   illegal." The cure affidavit, if applicable, the envelope, and
116   the ballot therein shall be preserved in the manner that
117   official ballots are preserved.
118        (d)  The canvassing board shall record the ballot upon the
119   proper record, unless the ballot has been previously recorded by
120   the supervisor. The mailing envelopes shall be opened and the
121   secrecy envelopes shall be mixed so as to make it impossible to
122   determine which secrecy envelope came out of which signed
123   mailing envelope; however, in any county in which an electronic
124   or electromechanical voting system is used, the ballots may be
125   sorted by ballot styles and the mailing envelopes may be opened
```

CODING: Words stricken are deletions; words underlined are additions.

126  and the secrecy envelopes mixed separately for each ballot
127  style. The votes on vote-by-mail ballots shall be included in
128  the total vote of the county.
129      (3)  The supervisor or the chair of the county canvassing
130  board shall, after the board convenes, have custody of the vote-
131  by-mail ballots until a final proclamation is made as to the
132  total vote received by each candidate.
133      (4)(a)  ~~The supervisor of elections shall, on behalf of the~~
134  ~~county canvassing board, notify each elector whose ballot was~~
135  ~~rejected as illegal and provide the specific reason the ballot~~
136  ~~was rejected. The supervisor shall mail a voter registration~~
137  ~~application to the elector to be completed indicating the~~
138  ~~elector's current signature if the elector's ballot was rejected~~
139  ~~due to a difference between the elector's signature on the~~
140  ~~voter's certificate or vote-by-mail ballot affidavit and the~~
141  ~~elector's signature in the registration books or precinct~~
142  ~~register. This section does not prohibit the supervisor from~~
143  ~~providing additional methods for updating an elector's~~
144  ~~signature.~~
145      (b)  ~~Until 5 p.m. on the day before an election,~~ The
146  supervisor shall, on behalf of the county canvassing board,
147  immediately notify ~~allow~~ an elector who has returned a vote-by-
148  mail ballot that does not include the elector's signature or
149  contains a signature that does not match the elector's signature
150  in the registration books or precinct register. The supervisor

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

ENROLLED
CS/HB 105, Engrossed 1                                    2017 Legislature

151  shall allow such an elector to complete and submit an affidavit
152  in order to cure the ~~unsigned~~ vote-by-mail ballot until 5 p.m.
153  on the day before the election.
154      (b)~~(c)~~  The elector ~~shall provide identification to the~~
155  ~~supervisor and~~ must complete a cure ~~vote-by-mail ballot~~
156  affidavit in substantially the following form:
157
158           VOTE-BY-MAIL BALLOT CURE AFFIDAVIT
159      I, ...., am a qualified voter in this election and
160  registered voter of .... County, Florida. I do solemnly swear or
161  affirm that I requested and returned the vote-by-mail ballot and
162  that I have not and will not vote more than one ballot in this
163  election. I understand that if I commit or attempt any fraud in
164  connection with voting, vote a fraudulent ballot, or vote more
165  than once in an election, I may be convicted of a felony of the
166  third degree and fined up to $5,000 and imprisoned for up to 5
167  years. I understand that my failure to sign this affidavit means
168  that my vote-by-mail ballot will be invalidated.
169
170  ...(Voter's Signature)...
171
172  ...(Address)...
173      (c)~~(d)~~  Instructions must accompany the cure ~~vote-by-mail~~
174  ~~ballot~~ affidavit in substantially the following form:
175

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0105-03-er

```
176       READ THESE INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE
177  AFFIDAVIT. FAILURE TO FOLLOW THESE INSTRUCTIONS MAY CAUSE YOUR
178  BALLOT NOT TO COUNT.
179
180       1.  In order to ensure that your vote-by-mail ballot will
181  be counted, your affidavit should be completed and returned as
182  soon as possible so that it can reach the supervisor of
183  elections of the county in which your precinct is located no
184  later than 5 p.m. on the 2nd day before the election.
185       2.  You must sign your name on the line above (Voter's
186  Signature).
187       3.  You must make a copy of one of the following forms of
188  identification:
189       a.  Tier 1 identification.—Current and valid identification
190  that includes your name and photograph: Florida driver license;
191  Florida identification card issued by the Department of Highway
192  Safety and Motor Vehicles; United States passport; debit or
193  credit card; military identification; student identification;
194  retirement center identification; neighborhood association
195  identification; public assistance identification; veteran health
196  identification card issued by the United States Department of
197  Veterans Affairs; a Florida license to carry a concealed weapon
198  or firearm; or an employee identification card issued by any
199  branch, department, agency, or entity of the Federal Government,
200  the state, a county, or a municipality; or
```

CODING: Words stricken are deletions; words underlined are additions.

hb0105-03-er

```
201         b.  Tier 2 identification.—ONLY IF YOU DO NOT HAVE A TIER 1
202    FORM OF IDENTIFICATION, identification that shows your name and
203    current residence address: current utility bill, bank statement,
204    government check, paycheck, or government document (excluding
205    voter identification card).
206         4.  Place the envelope bearing the affidavit into a mailing
207    envelope addressed to the supervisor. Insert a copy of your
208    identification in the mailing envelope. Mail, deliver, or have
209    delivered the completed affidavit along with the copy of your
210    identification to your county supervisor of elections. Be sure
211    there is sufficient postage if mailed and that the supervisor's
212    address is correct.
213         5.  Alternatively, you may fax or e-mail your completed
214    affidavit and a copy of your identification to the supervisor of
215    elections. If e-mailing, please provide these documents as
216    attachments.
217       (d)(e)  The department and each supervisor shall include
218    the affidavit and instructions on their respective websites. The
219    supervisor must include his or her office's mailing address, e-
220    mail address, and fax number on the page containing the
221    affidavit instructions; the department's instruction page must
222    include the office mailing addresses, e-mail addresses, and fax
223    numbers of all supervisors of elections or provide a conspicuous
224    link to such addresses.
225       (e)(f)  The supervisor shall attach each affidavit received
```

CODING: Words stricken are deletions; words underlined are additions.

hb0105-03-er

ENROLLED

CS/HB 105, Engrossed 1                                          2017 Legislature

```
226  to the appropriate vote-by-mail ballot mailing envelope.
227       (f)  After all election results on the ballot have been
228  certified, the supervisor shall, on behalf of the county
229  canvassing board, notify each elector whose ballot has been
230  rejected as illegal and provide the specific reason the ballot
231  was rejected. In addition, the supervisor shall mail a voter
232  registration application to the elector to be completed
233  indicating the elector's current signature if the signature on
234  the voter's certificate or cure affidavit did not match the
235  elector's signature in the registration books or precinct
236  register. This section does not prohibit the supervisor from
237  providing additional methods for updating an elector's
238  signature.
239       Section 2.  This act shall take effect upon becoming a law.
```

CODING: Words stricken are deletions; words underlined are additions.

hb0105-03-er