# United States District Court
## CIVIL MINUTES - GENERAL

Case #   4:16cv607-MW                                          Date May 11, 2017

### FLORIDA DEMOCRATIC PARTY et al v. DETZNER

---

DOCKET ENTRY:    Status Conference                              11:00 - 11:16 a.m.

Court conducts Status Conference. Counsel to confer and file notice within 5 days of H.B 105 becoming law or vetoed. If H.B. 105 becomes law, counsel to confer within 7 days re: entitlement of fees and/or amount of fees and file notice within 10 days on outstanding issues. Order to follow.

---

PRESENT:  HONORABLE  MARK E. WALKER  , UNITED STATES DISTRICT JUDGE

　　　　　　　　Pam Lourcey                                    　　　Megan Hague　　
　　　　　　　　Deputy Clerk                                          Court Reporter

Attorneys For Plaintiff:                          Attorneys For Defendant:

Bruce E. Spiva                                    Robert Wayne Pass


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk: **pll**